IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No. 3:23-cr-30114-DWD |
| | ) |
| **ROBERT STARR,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On August 6, 2024, the Court entered a Preliminary Order of Forfeiture (Doc. 46) against Defendant for the following seized property:

**One Winchester 12-gauge shotgun with a defaced serial number.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1). The Government has provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 8, 2024, and ending September 6, 2024. (Doc. 48-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, under 21 U.S.C. § 853(n)(7), the Court **FINDS** no third-party petitions were filed and that the United States of America has clear title to the above-described property that was the subject of the Preliminary Order of

Forfeiture (Doc. 46) filed on August 6, 2024, namely:

**One Winchester 12-gauge shotgun with a defaced serial number.**

The United States Marshal shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests (Doc. 49) is **GRANTED**.

**SO ORDERED**.

Dated: October 29, 2024.

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Court Judge
